485 P.2d 547

**HENNINGSCN, DURHAM & RICHARD-SON, a Nebraska corporation, doing business In the State of Arizona, Appellant,**

v.

**Robert PROCHNOW et al., and Thomas Breen and Co., an Arizona corporation, et al., Intervenors-Appellees.**

**No. 10358–PR.**

Supreme Court of Arizona.

May 12, 1971.

CAMERON, J., announced his disqualification in this matter.

485 P.2d 547

**ELECTRIC CONSTRUCTION CO., Inc., Appellant,**

v.

**Kenneth G. FLICKINGER, Registrar of Contractors of the State of Arizona, Appellee.**

**No. 10187–PR.**

Supreme Court of Arizona,
In Banc.

May 27, 1971.

Rehearing Denied June 22, 1971.

Gary K. Nelson, Atty. Gen., Phoenix, Lewis & Roca, by John P. Frank, Special Deputy Attys. Gen., Phoenix, for appellee.

Lawrence K. Bret Harte, Tucson, for appellant.

STRUCKMEYER, Chief Justice.

The question on this appeal is whether a subcontractor who works on a federal job in Arizona is required to obtain a State contractor's license. The trial court answered this question in the affirmative, and enjoined certain subcontractors who were not licensed in Arizona from performing contracts at Davis Monthan Air Force Base in Tucson, Arizona. The injunctions were stayed pending the appeal of the Electric Construction Co., Inc., one of the subcontractors. We granted review. Opinion of the Court of Appeals, 12 Ariz. App. 500, 472 P.2d 111, vacated. Judgment of the Superior Court reversed.

The Electric Construction Company, a California corporation, is unlicensed in Arizona. It engaged in certain construction at the Davis Monthan Base pursuant to subcontracts with the general contractor, Forsberg and Gregory, also a California corporation unlicensed in Arizona. The jobsites at the Davis Monthan Base admit-